**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 02-cr-00509-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CAROL GILBERT,
2. JACKIE MARIE HUDSON, and
3. ARDETH PLATTE,

    Defendants.

## ORDER

**Blackburn, J.**

The matter came before me *sua sponte* on November 8, 2005, for consideration of modification of defendants' terms of supervised release to provide for reasonable community service in lieu of restitution. I entered orders, *see* [#226] and [#227], to facilitate consideration of any proposed modification of conditions of supervised release without a hearing consistent with the requirements of **18 U.S.C. § 3583(e)(2)** and **Fed. R. Crim. P. 32.1(c)**.

In response to my orders, defendants filed **Defendants' Joint Plan For Performance Of Community Service In Lieu Of Restitution And Joint Motion To Rescind Requirement Of Supervised Release** [#228] on December 2, 2005. The government objected to defendants' joint plan and motion in **Government's Response To Defendants' Plan Regarding Restitution And Supervisory Release Requirement** [#229] filed December 12, 2005. Subsequently, defendants filed

**Defendants' Joint Motion For Credit Of In Kind Payment In Lieu Of Restitution** [#236] on January 3, 2006. After careful consideration of the defendants' plan and motions and the government's response in the superintending context of the relevant provisions of the Mandatory Victim Restitution Act of 1996, 18 U.S.C. § 3663A, I reject defendants' proposed plans and deny their motions.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendants' Joint Plan For Performance Of Community Service In Lieu Of Restitution And Joint Motion To Rescind Requirement Of Supervised Release** [#228] filed December 2, 2005, **IS REJECTED AND DENIED**; and

2. That **Defendants' Joint Motion For Credit Of In Kind Payment In Lieu Of Restitution** [#236] filed January 3, 2006, **IS DENIED**.

Dated October 18, 2006, at Denver, Colorado.

        **BY THE COURT:**

        s/ Robert E. Blackburn
        **Robert E. Blackburn**
        **United States District Judge**