**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 02-cr-00509-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  CAROL GIBLBERT,
2.  JACKIE MARIE HUDSON, and
3.  ARDETH PLATTE,

      Defendants.

---

**MINUTE ORDER**[1]

---

      The matter comes before the court on the **Motion To Allow Visitation of Defendants and To Be Allowed To Pay Court Ordered Restitution** [#250], filed October 27, 2006.  The motion is **DENIED** because the movant is not a party to this action and has not requested or been granted permission to intervene.

Dated:  June 4, 2007

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.